UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON RANSOM, et al., | No. 2:17-cv-1437 MCE CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| VOLUNTEERS OF AMERICA, et al., | |
| Defendants. | |

Plaintiffs are proceeding in this action pro se. Plaintiffs have requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiffs have submitted the affidavit required by § 1915(a) showing that plaintiffs are unable to prepay fees and costs or give security for them. Accordingly, their requests to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). Here, plaintiffs assert federal question jurisdiction based on the assertion that defendant committed business torts, fraud, civil rights violations, untenable rental conditions, and breach of contract, among other claims. The federal courts are courts of limited jurisdiction. In

1

the absence of a basis for federal jurisdiction, plaintiffs' claims cannot proceed in this venue. Because there is no basis for federal subject matter jurisdiction evident in the complaint, plaintiffs will be ordered to show cause why this action should not be dismissed. Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that the action be dismissed.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiffs' requests to proceed in forma pauperis (ECF Nos. 2 & 3) are granted;

    2. No later than August 1, 2017, plaintiffs shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Dated: July 18, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 ransom1437.ifp-osc