UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON RANSOM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VOLUNTEERS OF AMERICA, et al.,<br><br>Defendants. | No. 2:17-cv-01437 MCE CKD (PS)<br><br><br><br>ORDER |

Plaintiffs are proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On August 8, 2017, the magistrate judge filed findings and recommendations herein which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiffs have not filed objections to the findings and recommendations. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

This action is accordingly DISMISSED for lack of jurisdiction.

IT IS SO ORDERED.

Dated: September 13, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1